# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3849

_____

|  |  |  |
|---|---|---|
| Barbara Kehr, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Principal Life Insurance Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 7, 2011
Filed: September 8, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Barbara Kehr appeals the district court's[1] adverse grant of summary judgment in her disability-discrimination action. After careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir. 2004), this court affirms. Kehr was not a qualified individual because she admitted she could not perform the essential functions of her job, *see Wisbey v. City of Lincoln, Neb.*, 612 F.3d 667, 672-73 (8th

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Cir. 2010). Kehr's pretext argument fails because she failed to present a prima facie case of discrimination.

This court affirms. *See* 8th Cir. R. 47B.

_____